Yvonne A'Rae **LAISURE–RADKE, Individually and as Personal Representative of the Estate of Douglas Radke, deceased; Estate of Douglas Radke, Plaintiffs–Appellants,**

v.

**BARR LABORATORIES, INC., Defendant,**

and

**Pharmaceutical Resources, Inc.; Dr. Reddy'S Laboratories Inc.; Par Pharmaceutical, Inc., Defendants–Appellees.**

Yvonne A'Rae Laisure–Radke, Individually and as Personal Representative of the Estate of Douglas Radke, deceased; Estate of Douglas Radke, Plaintiffs–Appellees,

v.

Pharmaceutical Resources, Inc.; Dr. Reddy'S Laboratories Inc., Defendants–Appellants.

Nos. 07–35443, 07–35495.

United States Court of Appeals, Ninth Circuit.

Argued and Withdrawn from Submission Nov. 20, 2008.

Resubmitted and Filed Feb. 20, 2009.

Karen Kathryn Koehler, Esquire, Stritmatter Kessler Whelan Withey & Coluccio, Seattle, WA, Fred H. Shepherd, Esquire, Arnold Anderson Vickery, Esquire, Paul F. Waldner, Esquire, Vickery Waldner & Mallia, LLP, Houston, TX, for Plaintiffs–Appellants.

John R. Ipsaro, Esquire, Jeffrey R. Schaefer, Esquire, Mary Lynn Tate, Esquire, Joseph Thomas, Esquire, Ulmer & Berne, Cincinnati, OH, Jeffrey Royal Johnson, Carin A. Marney, Esquire, Williams Kastner & Gibbs, PLLC, Seattle, WA, for Defendants–Appellees.

Before: B. FLETCHER and RAWLINSON, Circuit Judges, and EZRA,* District Judge.

MEMORANDUM **

Y'vonne A'Rae Laisure–Radke appeals the district court's order granting Pharmaceutical Resources, Inc.'s, and Dr. Reddy's Laboratories, Inc.'s (collectively "Defendants") motion to dismiss. The district court held that judicial estoppel barred

---

* The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Laisure–Radke from asserting her claims against Defendants. We have jurisdiction over this appeal pursuant to 28 U.S.C. § 1291. We review the district court's application of judicial estoppel for an abuse of discretion. *Hamilton v. State Farm Fire & Cas. Co.*, 270 F.3d 778, 782 (9th Cir.2001). We affirm.

Because Laisure–Radke failed to disclose the existence of her claims against Defendants in her bankruptcy petition and obtained a discharge of her debts based on this failure to disclose, the district court did not abuse its discretion when it concluded that judicial estoppel barred Laisure–Radke's claims. *See id.* at 784–85. That Laisure–Radke later moved to reopen her bankruptcy proceedings does not excuse her earlier failure to disclose; judicial estoppel ensures that debtors make a "full and honest disclosure" of their assets in the original bankruptcy proceeding. *See id.* at 785 (internal quotation omitted).

Because we affirm the district court's dismissal of Laisure–Radke's claims, we do not reach the issues raised in Defendants' cross-appeal.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.